UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CLAIRE FALLESON, on behalf
of herself and all other employees
similarly situated,

                             Plaintiff,

                                                AMENDED
                                   SCHEDULING ORDER

                                   03-CV-6277L

                V.

PAUL T. FREUND CORPORATION,
et al.,
                              Defendants.
_____

        The Court consulted with counsel on July 30, 2008 and the following schedule applies to this case:

        1.  The trial currently scheduled for September 8, 2008 is adjourned to October 17, 2008 at 8:30 a.m. for jury selection.  Proof will not commence until October 20, 2008.  This trial date, however, is contingent on the criminal trial currently scheduled for October 14, 2008, being either resolved or moved.  The criminal trial, *United States v. Gonzalez-Rivera* must take precedence.  If the criminal trial does proceed, then the instant case will be moved to December 15, 2008.

        2.  The pretrial for the October 17 trial date is now scheduled for October 7, 2008 at 2:30 p.m.

        IT IS SO ORDERED.

                                _____
                                    DAVID G. LARIMER
                               United States District Judge

Dated: Rochester, New York
       July 30, 2008.