UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CLAIRE FALLESON,
on behalf of herself and all other
employees similarly situated,

                           Plaintiff,

                                                            DECISION AND ORDER

                                                            03-CV-6277L

                           v.

PAUL T. FREUND CORPORATION,

                           Defendant.
_____

       Plaintiff, a former employee of defendant, brings this action pursuant to the Fair Labor Standards Act and New York Labor Law. The Court was recently informed that the parties have reached a tentative settlement, which they are working to finalize. Accordingly, the pending in limine motions filed by both parties in anticipation of trial (Dkt. #67, #71, #75, #78) are hereby dismissed as moot, without prejudice to their renewal in the event that the anticipated settlement does not materialize.

       IT IS SO ORDERED.

                                                _____
                                                     DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
       February 23, 2010.