UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CLAIRE FALLESON,

                Plaintiff,

     -vs-

PAUL T. FREUND CORPORATION,

                Defendant.
_____

**SETTLEMENT ORDER**

03-CV-6277

      The Court having been advised by counsel that the above action has been settled, it is therefore

      ORDERED, that all substantive claims are dismissed with prejudice except that the parties agree to submit the issue of plaintiff's entitlement to attorney's fees, and the amount, to the Court for resolution; and it is further

      ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

                                  _____
                                  DAVID G. LARIMER
                                  UNITED STATES DISTRICT JUDGE

Dated:      March 18, 2010
              Rochester, New York